IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TIFFANY ANNE LINTON a/k/a
TIFFANY ANNE KENNEDY                                    PLAINTIFF


v.                          Case No. 07-2070


STEVE WRIGHT, Former Van Buren
Police Officer; MARC MCCUNE,
Prosecuting Attorney; GARY
COTTRELL, Circuit Judge;
STEVEN PEER, District Judge;
CANDICE SETTLE, Former City
Attorney/Current Private Attorney                       DEFENDANTS


_____        **ORDER**

        Now on this 14th day of May 2009, there comes on for

consideration the report and recommendation filed herein on April

20, 2009, by the Honorable James R. Marschewski, United States

Magistrate Judge for the Western District of Arkansas.  (Doc. 5).

The parties did not file any objections.

        The court has reviewed this case and, being well and

sufficiently advised, finds as follows:  The report and

recommendation is proper and should be and hereby is adopted in its

entirety.  Accordingly, Plaintiff's Complaint is DISMISSED on the

grounds that the claims are not cognizable, frivolous, asserted

against individuals who are immune from suit, or fail to state

claims on which relief can be granted.  *See* 28 U.S.C. §

1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds

at any time).

AO72A
(Rev. 8/82)

IT IS SO ORDERED.

/s/  Robert  T.  Dawson
Honorable Robert T. Dawson
United States District Judge